UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RANDALL CURTIS WOTRING d/b/a
CARGO TRAPP INDUSTRIES, INC.,

      Plaintiff,

v.                                              Case No. 1:05-CV-570

SMITTYBILT AUTOMOTIVE              HON. GORDON J. QUIST
GROUP, INC.,

      Defendant.
_____/

## ORDER AND JUDGMENT

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that Plaintiff is awarded damages for lost profits in the amount of $83,665 based upon Defendant's willful infringement of United States Patent No. 5,368,210, together with pre-complaint interest in the amount of $4,183.25 and post-complaint interest in the amount of $1,510, and $250 in costs, for a total award of $89,678.35.

**IT IS FURTHER ORDERED** that Defendant, its officers, agents, servants, employees, and attorneys, and their successors, representatives, and assigns, and all persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined pursuant to 35 U.S.C. § 283, for the life of United States Patent No. 5,368,210, from making, using, selling, offering for sale, or importing cargo storage apparatus falling within the scope of the claims of that patent, equivalents, or colorable imitations thereof not otherwise authorized by Plaintiff.


Dated: January 31, 2006                                  /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE